UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Juan Carlos Popoca**                          **Docket No. 5:10-CR-384-1BR**
**Petition for Action on Supervised Release**

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Juan Carlos Popoca, who, upon an earlier plea of guilty to Possession with the Intent to Distribute 500 Grams or More of Cocaine and Aiding and Abetting, in violation of 21 U.S.C. § 841 and 18 U.S.C. § 2, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge on May 2, 2011, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Juan Carlos Popoca was released from custody on March 27, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 4, 2015, the defendant was charged with Driving While Impaired (15CR51967) in Vance County, North Carolina. These charges are pending in state court with the next schedule court date being August 18, 2015. The probation office respectfully recommends continuing the defendant on supervision and allowing the case to resolve itself in the state court system. As a sanction for this noncompliance, the probation office recommends that the conditions of supervision be modified to include 24 hours of community service. Furthermore the defendant will be required to obtain an alcohol assessment and has been instructed to follow any treatment recommendations outlined in the assessment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/Arthur B Campbell
Arthur B Campbell
U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8677
Executed On: July 8, 2015

**Juan Carlos Popoca**
**Docket No. 5:10-CR-384-1BR**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this _____14_____ day of _____July_____, 2015 and ordered filed and made a part of the records in the above case.

_____

W. Earl Britt
Senior U.S. District Judge