# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

                v.                    Crim. No. 5:10-CR-384-1BR
                                            ORDER TO VACATE

**JUAN CARLOS POPOCA**

On March 27, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender was brought before the Honorable W. Earl Britt, Senior U.S. District Judge, on March 28, 2016, for a hearing on revocation of supervised release. At that time, the defendant requested to join the HOPE Court program. His Honor continued the revocation hearing until May 9, 2016, pending the outcome of the defendant's application to the program. On April 7, 2016, the HOPE Court team voted to allow the defendant to join the HOPE Court. At this time, the probation office is requesting that the motion to revoke supervised release be vacated, that the pending court hearing be canceled, and that the defendant be immediately released to begin his participation in the HOPE Court and continued on supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller | /s/ Arthur B Campbell |
| Jeffrey L. Keller | Arthur B Campbell |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8677 |
| | Executed On: April 8, 2016 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be immediately released and his motion on revocation of supervised release be vacated.

Dated this __8__ day of __April__, 2016.

_____
W. Earl Britt
Senior U.S. District Judge